UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Bankr. Case No. 26-25665-RMB-13

JEFFERY HARRIS, SR. Chapter 13

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Bankr. Case No. 26-25665-RMB-13

JEFFERY HARRIS, SR. Chapter 13

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 8, 2026 :

MICHAEL RUD
11805 W HAMPTON AVE
MILWAUKEE, WI 53225

Rebecca R. Garcia
PO Box 3170
Oshkosh, WI 54903

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx93336 / 1142326